Klimovige *v.* Hazle Brook Coal Co., Appellant.

Argued December 12, 1933.

Be-

fore TREXLER, P. J., KELLER, CUNNINGHAM, BALDRIGE, STADTFELD, PARKER and JAMES, JJ.

*P. B. Roads,* for appellant.

*Roger J. Dever,* for appellee.

PER CURIAM, February 1, 1934:
The judgment is affirmed upon the opinion of the lower court.